UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ABEL BRAVO,
on behalf of himself,
FLSA Collective Plaintiffs and the Class,

        Plaintiff,

v.

ESTABLISHED BURGER ONE LLC, et al.,

        Defendants.

Case No.: CV-12-9044

Cote, J.
Francis, M.J.

---

JOSE MARTINEZ, SERGIO CERQUEDA,
and ENRIQUE ALLENDE,
on behalf of themselves,
FLSA Collective Plaintiffs and the Class,

        Plaintiffs,

v.

ESTABLISHED BURGER ONE LLC, et al.,

        Defendants.

Case No.: CV-13-7532

Cote, J.
Francis, M.J.

---

**NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT, PROVISIONAL CERTIFICATION OF THE SETTLEMENT CLASS, APPOINTMENT OF PLAINTIFFS' COUNSEL AS CLASS COUNSEL AND APPROVAL OF PLAINTIFFS' PROPOSED NOTICES OF SETTLEMENT**

Please take notice that upon the accompanying Memorandum of Law, Proposed Order, and Declaration of C.K. Lee and annexed materials, the Plaintiffs, on behalf of themselves and others similarly situated, by their undersigned attorneys, hereby move (without any opposition by Defendants) for the relief detailed in the Proposed Order in this Fair Labor Standards Act collective action and New York Labor Law class action.

Dated: April 30, 2014

                                                    Respectfully submitted,

                                                   LEE LITIGATION GROUP, PLLC
                                                   C.K. Lee (CL 4086)
                                                   30 East 39th Street, Second Floor
                                                   New York, NY 10016
                                                   Tel.: 212-465-1188
                                                   Fax: 212-465-1181
                                                   *Attorneys for Plaintiffs, FLSA Collective*
                                                   *Plaintiffs and the Class members*

                                By:   */s/ C.K. Lee*
                                           C.K. Lee (CL 4086)