IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ABEL BRAVO,<br>on behalf of himself, FLSA Collective Plaintiffs and the Class,<br><br>      Plaintiff,<br><br> v.<br><br>ESTABLISHED BURGER ONE LLC, et al.,<br><br>      Defendants. | 12 Civ. 9044 (DLC)(JCF)<br><br><br>**NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR CERTIFICATION OF THE SETTLEMENT CLASS, FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT, AND APPROVAL OF THE FLSA SETTLEMENT** |
| JOSE MARTINEZ, SERGIO CERQUEDA and ENRIQUE ALLENDE,<br>on behalf of themselves, FLSA Collective Plaintiffs and the Class,<br><br>      Plaintiffs,<br><br> v.<br><br>ESTABLISHED BURGER ONE LLC, et al.,<br><br>      Defendants. | 13 Civ. 7532 (DLC)(JCF) |

   For the reasons set forth in (i) the Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Certification of the Settlement Class, Final Approval of the Class Action Settlement, and Approval of the FLSA Settlement ("Plaintiffs' Motion for Final Approval") and (ii) the Declaration of C. K. Lee in Support of Plaintiffs' Unopposed

Motion for Certification of the Settlement Class, Final Approval of the Class Action Settlement, and Approval of the FLSA Settlement ("Lee Dec."), and the exhibits attached thereto, Plaintiffs respectfully request that the Court enter the proposed Order, attached hereto as **EXHIBIT A**.

Dated: August 29, 2014

          Respectfully submitted,

          LEE LITIGATION GROUP, PLLC

          By: /s/ C.K. Lee
          C.K. Lee (CL 4086)
          30 East 39th Street, Second Floor
          New York, NY 10016
          Tel.: 212-465-1188
          Fax: 212-465-1181
          ***Attorneys for Plaintiffs, FLSA Collective Plaintiffs and the Class***